AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Frederick O. Bogar ) | Case No: 5:01CR50010-001 |
| ) | USM No: 06075-010 |
| Date of Previous Judgment: 07/26/2002 ) | Mr. James Pierce |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144 months__ months **is reduced to** __117 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __07/26/2002__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _March 31, 2008_

_____
Judge's signature

Effective Date: _____    Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)                                Printed name and title

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 31 2008

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK